# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

**MALCOLM BRADSHAW,**

    Petitioner,

vs.                                                        **CIV-21-242-JFH-KEW**

**SCOTT CROW,**

    Respondent.

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Comanche County**, Oklahoma, which is located within the territorial jurisdiction of the **Western District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred to the Western District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED** this 19th day of August, 2021.

                                                                             _____
                                                                             JOHN F. HEIL, III
                                                                             UNITED STATES DISTRICT JUDGE